**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 27 2006 ★

**BROOKLYN OFFICE**

January 23, 2006

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

s/John Gleeson



**Re: United States v. Gerard Hudson,
         05 Cr. 877 (JG)**

Dear Judge Gleeson:

    I am the attorney assigned by this Court pursuant to the Criminal Justice Act to represent Mr. Gerard Hudson on the above-referenced Indictment. Mr. Hudson was continued on release by this Court on the signature of four (4) FRPs, the surrender of travel documents, electronic monitoring and home confinement, together with the posting of $5,000 cash as additional security, after entering a plea of guilty on January 17, 2006.

    As the Court will recall, I requested that the Defendant be allowed to attend a bedside convocation at his Aunt's bedside on the date of the plea. Since that date Mr. Hudson's Aunt has expired. The funeral has been set for Friday, January 27, 2006 at 10:00 a.m. at the Unity Funeral Parlor located at 2352 8th Avenue in Manhattan. This will be followed by a burial service at the Rosehill Cemetery located in Linden, New Jersey to be followed by a family gathering at April's Catering, located at 942 East 233rd Street in the Bronx.

    Mr. Hudson has informed his supervising Pre-trial Services Officer of the upcoming plans and they have no opposition to this, subject to this Court's approval.

    I have spoken with A.U.S.A. David Bithower who informs that the government has no objection to this request.

Hon. John Gleeson
January 23, 2006
Page 2

    We thank the Court for considering this application.

                          Very truly yours,

                          Neil B. Checkman

/NBC
cc: A.U.S.A. Daniel Spector
    P.T.S.O. Ana Chu (By facsimile)