LAW OFFICES OF NEIL B. CHECKMAN

111 Broadway, Suite 1305
New York, NY 10006
212.264.9940
Fax 212.346.4665
neil@checkmanlaw.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 23 2006 ★

**BROOKLYN OFFICE**

February 13, 2006

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
<u>By Facsimile</u>

Granted
So ordered

s/John Gleeson
USDJ
2-15-06

Re: United States v. Gerard Hudson,
     05 Cr. 877 (JG)

Dear Judge Gleeson:

I am the attorney assigned by this Court pursuant to the Criminal Justice Act to represent Mr. Gerard Hudson on the above-referenced Indictment. Mr. Hudson was continued on release by this Court on the signature of four (4) FRPs, the surrender of travel documents, electronic monitoring and home confinement, together with the posting of $5,000 cash as additional security, after entering a plea of guilty on January 17, 2006.

Mr. Hudson is engaged to be married and desires to go with his fiance to Borough Hall in Staten Island on Friday, February 17, 2006 to get a marriage license. Borough Hall opens at 8:30 a.m. and Mr. Hudson would need to leave the house at 8:00 a.m.

I have spoken with A.U.S.A. Daniel Spector who has no objection to this rerquest.

We thank the Court for considering this application.

Very truly yours,

Neil B. Checkman

/NBC
cc: A.U.S.A. Daniel Spector

Hon. John Gleeson
February 13, 2006
Page 2

P.T.S.O. Ana Chu (By facsimile)

THIS IS A TELECOPY FROM THE LAW OFFICES OF

**NEIL B. CHECKMAN, ESQ.**
111 BROADWAY, Suite 1305
NEW YORK, NEW YORK 10006
(212) 264-9940
FAX: (212) 346-4665

Fax Number: (718) 613-2456

Phone Number: _____

Date/Time: 2/13/06

From: Neil Checkman

Message to: Hon. John Gleeson

Client Name: Gerard Hudson

Firm: USDS - EDNY

No. of Pages (including cover): 3

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. THANK YOU.

[ ] The original of the transmitted document will be sent by:

　　[ ] Ordinary Mail
　　[ ] Messenger　　[ ] By Hand
　　[ ] Overnight Mail

[✓] This will be the only form of transmittal.

Message:
_____
_____
_____
_____
_____

　　If any difficulty is experienced with this transmission, please contact this office at (212) 264-9940.