LAW OFFICES OF NEIL B. CHECKMAN

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 15 2006 ★

**BROOKLYN OFFICE**

111 Broadway, Suite 1305
New York, NY 10006
212.264.9940
Fax 212.346.4665
neil@checkmanlaw.com

March 1, 2006

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
<u>By Facsimile</u>

*Granted*
*So ordered*
s/John Gleeson
USDJ
3-3-06

Re: United States v. Gerard Hudson,
    05 Cr. 877 (JG)

Dear Judge Gleeson:

I am the attorney assigned by this Court pursuant to the Criminal Justice Act to represent Mr. Gerard Hudson on the above-referenced Indictment. Mr. Hudson was continued on release by this Court on the signature of four (4) FRPs, the surrender of travel documents, electronic monitoring and home confinement, together with the posting of $5,000 cash as additional security, after entering a plea of guilty on January 17, 2006.

As the Court is aware Mr. Hudson and his fiancé have obtained a license to get married and have scheduled the wedding for March 18, 2006. The wedding is scheduled for 3:00 p.m. until approximately 4:15 p.m. at the Mt. Sinai Church located at 15 Pike Street, Staten Island, NY, to be followed by a reception from 5:00 p.m. until 9:00 p.m. at the Mt. Sinai Center for Community Enrichment, located at 382 Jersey Street, Staten Island, NY.

I would ask for the Court's permission for Mr. Hudson to leave his home at 2:30 p.m. and return that same evening at 9:30 p.m. to allow time for travel.

I have spoken with A.U.S.A. Daniel Spector who has no objection to this rerquest.

Hon. John Gleeson
March 1, 2006
Page 2

    We thank the Court for considering this application.

Very truly yours,

Neil B. Checkman

/NBC
cc: A.U.S.A. Daniel Spector
    P.T.S.O. Ana Chu (By facsimile)