LAW OFFICES OF NEIL B. CHECKMAN

111 Broadway, Suite 1305
New York, NY 10006
212.264.9940
Fax 212.346.4665
neil@checkmanlaw.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 12 2006 ★

**BROOKLYN OFFICE**

April 6, 2006

Granted
So ordered

s/John Gleeson

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
**By Facsimile**

4-7-06

**Re: United States v. Gerard Hudson,
     05 Cr. 877 (JG)**

Dear Judge Gleeson:

I am the attorney assigned by this Court pursuant to the Criminal Justice Act to represent Mr. Gerard Hudson on the above-referenced Indictment. Mr. Hudson was sentenced before this Court on Mach 31, 2006 to serve a sentence of incarceration of 57 months followed by four years supervised release. He is scheduled to self-surrender by 12 noon on May 26, 2006.

As the Court is aware, Mr. Hudson has been released on home confinement and is being monitored by electronic bracelet through the Pre-trial Services Agency. The Court will recall that Mr. Hudson has maintained a close relationship with his son Gerard Hudson, Jr., age 11 and step-daughter, Marisa Dotts, and also his other son, Damon Hudson, age 5 and other step-daughter Tiara O'Grady, age 10.

Because of Mr. Hudson's impending incarceration for a considerable period of time, he would like to spend as much time as possible with these children. Accordingly, Mr. Hudson ahs asked counsel to request that the Court alter his conditions of release as follows:

We would ask the Court to permit Mr. Hudson, upon twenty-four hours notice to the Pre-trial Services, to leave his residence for the purpose of spending time with his children and step-children. This would allow Mr. Hudson to attend sporting events, movies, picnics and family gatherings together, without repeated applications to this Court.

I have spoken to PTSO Ana Chu who states that the Pre-trial Services Agency takes no

Hon. John Gleeson
April 6, 2006
Page 2

position on this application. I have also spoken with A.U.S.A. Daniel Spector, who does not object to the procedure that I have out-lined above.

    We thank the Court for considering this application.

                              Very truly yours,

                              Neil B. Checkman

/NBC
cc: A.U.S.A. Daniel Spector (By facsimile)
    P.T.S.O. Ana Chu (By facsimile)
    Mr. Gerard Hudson

# THIS IS A TELECOPY FROM THE LAW OFFICES OF

**NEIL B. CHECKMAN, ESQ.**
111 BROADWAY, Suite 1305
NEW YORK, NEW YORK 10006
(212) 264-9940
FAX: (212) 346-4665

Fax Number: _718-613-2456_

Date/Time: _4/6/06_    Phone Number: _____

Message to: _HON. JOHN GLEESON / USDJ_    From: _Neil Checkman_

Firm: _EDNY_    Client Name: _Gerard Hudson_

No. of Pages (including cover) _3_

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. THANK YOU.

[ ] The original of the transmitted document will be sent by:

    [ ] Ordinary Mail
    [ ] Messenger    [ ] By Hand
    [ ] Overnight Mail

[✓] This will be the only form of transmittal.

Message:
_____
_____
_____
_____
_____

If any difficulty is experienced with this transmission, please contact this office at (212) 264-9940.